IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>ALFREDO F. MADEAM, JR.<br>A/K/A ALFREDO FERNANDO MADEAM, JR.,<br>AKA ALFREDO MADEAM<br>LISA O. MADEAM<br>AKA LISA OLIVE MADEAM<br>    *Debtor*<br><br>NATIONSTAR MORTGAGE, LLC<br>    *Movant*<br>    **vs.**<br>ALFREDO F. MADEAM, JR.<br>A/K/A ALFREDO FERNANDO MADEAM, JR.,<br>AKA ALFREDO MADEAM<br>LISA O. MADEAM<br>AKA LISA OLIVE MADEAM,<br>    *Debtor/Respondent*<br>    and<br>JACK N ZAHAROPOULOS, Esquire,<br>    *Trustee/Respondent* | Bankruptcy Case No. 5: 23-bk-02005-MJC<br><br>Chapter 13 |

## ORDER

Upon the Motion for Relief from the Automatic Stay of Movant, Nationstar Mortgage, Dkt. # 61 ("Motion"), after notice and no responses having been filed thereto, and after a hearing held on October 10, 2024, it is hereby

**ORDERED AND DECREED THAT**: the Motion is **GRANTED**, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, and §1301 as to Alfred F. Madeam, Sr., of the Bankruptcy Code is modified with respect to the Property, more commonly known as a 902 Thornberry Court, East Stroudsburg, PA 18302 f/k/a Lot 20 Knoll Acres @ Wooddale, East Stroudsburg, PA 18301 to allow Movant or its successors, if any, to exercise its rights under its loan documents; and it is further

**ORDERED THAT**: Rule 4001(a)(3) is waived, permitting Movant to immediately enforce and implement this Order for relief.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 11, 2024