# Notice Recipients

District/Off: 0314–5  User: AutoDocketer  Date Created: 10/11/2024
Case: 5:23–bk–02005–MJC  Form ID: pdf010  Total: 3

**Recipients of Notice of Electronic Filing:**
aty    Danielle Boyle–Ebersole    dboyle–ebersole@hoflawgroup.com
aty    J. Zac Christman    zac@jzacchristman.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    Alfredo F. Madeam, Sr.    902 Thornberry Court    East Stroudsburg, PA 18302

TOTAL: 1